SEDGWICK, DETERT, MORAN & ARNOLD LLP      JS-6
RALPH A. CAMPILLO (BAR NO. 70376)
STEVEN D. DI SAIA (BAR NO. 158119)
CHRISTOPHER P. NORTON (BAR NO. 234621)
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:  213.426.6900
Facsimile:  213.426.6921
Email:    ralph.campillo@sdma.com
          steven.disaia@sdma.com
          christopher.norton@sdma.com

Attorneys for STRYKER CORPORATION and STRYKER SALES CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROCCO VOLPENDESTA, | Case No. 8:10-cv-01239-R-SS |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS** |
| STRYKER CORPORATION; STRYKER SALES CORPORATION; and DOES 1 -50, | |
| Defendants. | |

Pursuant to the signed and filed Stipulation of Dismissal Without Prejudice As To All Defendants filed in this Court, all claims against defendants Stryker Corporation and Stryker Sales Corporation are dismissed without prejudice and without costs against any party.

**IT IS SO ORDERED.**

DATED:  November 2, 2010             UNITED STATES DISTRICT COURT

                                     By: _____
                                         The Honorable Manuel L. Real

1

LA/1002111v1

8:10-cv-01239-R-SS